FILED

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0652

IN THE MATTER OF:

C.L.D.,

A Youth in Need of Care.

**ORDER**

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted: the briefing schedule is stayed and the record on appeal shall be supplemented with the following Thirteenth Judicial District Court record: *State v. [N.J.D.],* Cause No. DC-21-0508.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Yellowstone County, with this Order.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2022